UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| SEVEN FOR ALL MANKIND, LLC, a Delaware limited liability corporation,<br><br>   Plaintiff,<br><br>vs.<br><br>NETFOUNDATION, LLC d/b/a URBANWEARDIRECT.COM,<br><br>   Defendant. | CASE NO. 8:05-cv-01424-EAK-TGW |

**NOTICE OF SETTLEMENT AND AGREED MOTION FOR ENTRY OF
PERMANENT INJUNCTION AND FINAL JUDGMENT ON CONSENT**

Plaintiff, Seven For All Mankind, LLC, (Seven, LLC) and Defendant netFoundation, LLC, file this Notice of Settlement and Agreed Motion for Entry of Permanent Injunction and Final Judgment on Consent and further state as follows:

1. The parties have entered into a Settlement Agreement resolving the matters set forth in Seven, LLC's complaint in this Action.

2. One of the terms of the Settlement Agreement is the entry of the Permanent Injunction and Final Judgment on Consent, attached as Exhibit 1.

3. Upon the entry of the Permanent Injunction and Final Judgment on Consent, the parties stipulate to the dismissal of all claims raised in this action with prejudice subject to the Court's continuing jurisdiction to enforce the Permanent Injunction and Final Judgment on Consent.

{TP199641;1}

- 2 -

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.02(g)

The undersigned certifies that he has conferred with opposing counsel regarding the contents of this motion and that opposing counsel agrees to the motion.

Respectfully submitted,

| | |
|---|---|
| /s/ Richard H. Martin<br>Richard H. Martin<br>Florida Bar No. 0579831<br>AKERMAN SENTERFITT<br>100 South Ashley Drive, Suite 1500<br>Tampa, FL 33602-5311<br>Phone: (813) 223-7333<br>Fax: (813) 223-2837<br>Email: richard.martin@akerman.com<br>*Attorney for Seven For All Mankind, LLC* | /s/ Gregory J. Orcutt<br>Gregory J. Orcutt<br>Florida Bar No. 230855<br>Bricklemyer, Smolker & Bolves<br>500 E. Kennedy Blvd., Suite 200<br>Tampa, FL 33602-4936<br>Phone: (813) 223-3888<br>Fax: (813) 228-6422<br>Email: gregor@bsbfirm.com<br>*Attorney for NetFoundation, LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of January, 2006, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants and that I mailed the foregoing document and the notice of electronic filing to any non-CM/ECF participants.

/s/ Richard H. Martin
Attorneys for Seven for All Mankind, LLC

{TP199641;1}

- 2 -