RECEIVED
JAN 2 3 2006

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| SEVEN FOR ALL MANKIND, LLC, a Delaware limited liability corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NETFOUNDATION, LLC d/b/a WWW.URBANWEARDIRECT.COM,<br><br>Defendant. | CASE NO. 8:05-cv-01424-EAK-TGW |

## PERMANENT INJUNCTION AND FINAL JUDGMENT ON CONSENT

This Court having considered the pleadings on file herein, and Defendant having consented to the terms of the permanent injunction set forth below, hereby orders that:

1. Defendant NetFoundation, LLC d/b/a www.urbanweardirect.com, and its owners, officers, directors, members, managers, agents, servants, employees, and all persons acting under its permission or authority, including but not limited to Richard Hauf (collectively, "Defendant"), is permanently enjoined and restrained from:

    (a) manufacturing, distributing, offering for sale or selling any merchandise bearing, containing, or constituting any unauthorized reproduction of any one or more of the registered or common law trademarks owned by Seven For All Mankind, LLC ("7FAM") as set forth on Exhibit 1 (hereinafter the "7 Jeans Marks");

    (b) using the 7 Jeans Marks or any reproduction, counterfeit, copy or colorable imitation of same in any manner likely to cause confusion, mistake or deception as to the source of any article;


EXHIBIT 1

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,890,645
Registered Oct. 5, 2004

## TRADEMARK
## PRINCIPAL REGISTER



L'KORAL, INC. (CALIFORNIA CORPORATION)
5170 SOTO STREET
VERNON, CA 90058

FOR: JEANS, PANTS, SHORTS, JACKETS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-27-2000; IN COMMERCE 9-29-2000.

SER. NO. 75-983,009, FILED 11-1-2001.

GEORGE LORENZO, EXAMINING ATTORNEY

EXHIBIT 1

Int. Cl.: **25**

Prior U.S. Cls.: **22 and 39**

**United States Patent and Trademark Office**

Reg. No. **2,890,644**
Registered Oct. 5, 2004

## TRADEMARK
PRINCIPAL REGISTER

## 7 FOR ALL MANKIND

L'KORAL, INC. (CALIFORNIA CORPORATION)
5170 SOTO STREET
VERNON, CA 90058

FOR: JEANS, PANTS, SHORTS, JACKETS, IN CLASS 25 (U.S CLS. 22 AND 39).

FIRST USE 9-27-2000; IN COMMERCE 9-29-2000.

SER. NO. 75-983,008, FILED 10-26-2001.

GEORGE LORENZO, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,787,838
Registered Dec. 2, 2003

## TRADEMARK
### PRINCIPAL REGISTER



L'KORAL, INC. (CALIFORNIA CORPORATION)
5175 SOTO STREET
VERNON, CA 90058

FOR: CLOTHING, NAMELY, JEANS, PANTS, SHORTS, SKIRTS, JACKETS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-27-2000; IN COMMERCE 9-29-2000.

THE MARK CONSISTS OF A FANCIFUL STITCHED PATTERN.

SER. NO. 75-982,867, FILED 11-1-2001.

MICHAEL BAIRD, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,927,764
Registered Feb. 22, 2005

## TRADEMARK
### PRINCIPAL REGISTER



L'KORAL, INC. (CALIFORNIA CORPORATION)
5175 SOTO STREET
VERNON, CA 90058

FOR: CLOTHING, NAMELY, PANTS, SHORTS, JACKETS AND SKIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-0-2002; IN COMMERCE 12-0-2002.

THE STIPPLING SHOWN IN THE DRAWING IS A FEATURE OF THE MARK AND IS NOT INTENDED TO INDICATE COLOR.

SER. NO. 78-238,552, FILED 4-16-2003.

INGA ERVIN, EXAMINING ATTORNEY

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**

VA 1-301-726

EFFECTIVE DATE OF REGISTRATION
OCT 26 2004

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1** Title of This Work ▼: Squiggle Design
NATURE OF THIS WORK ▼ See instructions: Artwork applied to clothing

**2** NAME OF AUTHOR ▼: a. L'Koral, Inc.
Was this contribution to the work a "work made for hire"? ☒ Yes
Nature of Authorship: ☒ 2-Dimensional artwork

**3** Year in Which Creation of This Work Was Completed: 2000
Date and Nation of First Publication of This Particular Work: Month September Day 27 Year 2000, United States of America

**4** COPYRIGHT CLAIMANT(S):
L'Koral, Inc.
5175 Soto Street
Vernon, CA 90058

APPLICATION RECEIVED OCT 26 2004
ONE DEPOSIT RECEIVED OCT 26 2004
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

Page 1 of 2 pages

|  |  |
|---|---|
| EXAMINED BY **Vg** | FORM VA |
| CHECKED BY | |
| ☒ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give: Previous Registration Number ▼         Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation
a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼  Thomson & Thomson              Account Number ▼  061794

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼
William S. Finkelstein, Esq.
Alschuler Grossman Stein & Kahan LLP
1620 26th Street, Fourth Floor - North Tower
Santa Monica, CA  90404-4060
Area code and daytime telephone number   (310) 255-9114              Fax number  (310) 907-2114
Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  L'Koral, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
Peter Koral                                              Date  10/25/04

Handwritten signature (X) ▼
X _____

**8**

| Certificate will be mailed in window envelope to this address: | Name ▼ William S. Finkelstein, Esq. Alschuler Grossman Stein & Kahan LLP |
|---|---|
| | Number/Street/Apt ▼ 1620 26th Street, Fourth Floor - North Tower |
| | City/State/ZIP ▼ Santa Monica, CA  90404-4060 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

*17 USC §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev August 2003—30,000   Web Rev June 2002   ⊕ Printed on recycled paper                US Government Printing Office 2003-496-605/60,028

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Form VA

VA 1-301-727

EFFECTIVE DATE OF REGISTRATION

OCT 26 2004

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** Title of This Work ▼ : A-Pocket Design
NATURE OF THIS WORK ▼ See instructions: Artwork applied to clothing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give Volume ▼  Number ▼  Issue Date ▼  On Pages ▼

**2** NAME OF AUTHOR ▼
a  L'Koral, Inc.
DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?  ☒ Yes  ☐ No
Author's Nationality or Domicile: Citizen of _____ OR Domiciled in _____
Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☒ 2-Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

Name of Author ▼
b
Dates of Birth and Death
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?  ☐ Yes  ☐ No
Author's Nationality or Domicile: Citizen of _____ OR Domiciled in _____
Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☐ 2-Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**3** a Year in Which Creation of This Work Was Completed: 2002
b Date and Nation of First Publication of This Particular Work: Month December Day 31 Year 2002
   United States of America

**4** COPYRIGHT CLAIMANT(S)
L'Koral, Inc.
5175 Soto Street
Vernon, CA 90058

APPLICATION RECEIVED  OCT 26 2004
ONE DEPOSIT RECEIVED  OCT 26 2004
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

|  |  |
|---|---|
| EXAMINED BY VG | FORM VA |
| CHECKED BY |  |
| ☒ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**5 PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form.
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give Previous Registration Number ▼    Year of Registration ▼

**6 DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**7 DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼ Thomson & Thomson    Account Number ▼ 061794

**b CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼
William A. Finkelstein, Esq.
Alschuler Grossman Stein & Kahan LLP
1620 26th Street, Fourth Floor - North Tower
Santa Monica, CA 90404-4060
Area code and daytime telephone number (310) 255-9114    Fax number (310) 907-2114
Email

**8 CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of L'Koral, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
Peter Koral    Date 10/25/04

Handwritten signature (X) ▼
X [signature]

**9** Certificate will be mailed in window envelope to this address:
Name ▼ William S. Finkelstein, Esq.
Alschuler Grossman Stein & Kahan LLP
Number/Street/Apt ▼ 1620 26th Street, Fourth Floor - North Tower
City/State/ZIP ▼ Santa Monica, CA 90404-4060

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev August 2003—30,000 Web Rev June 2002  ⊕ Printed on recycled paper    U.S. Government Printing Office 2003 496-605/60 029

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

VA 1-285-316

**EFFECTIVE DATE OF REGISTRATION**

10-26-04

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** **Title of This Work ▼**
Dojo Design

**NATURE OF THIS WORK ▼** See instructions
Artwork applied to clothing

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give **Volume ▼**  **Number ▼**  **Issue Date ▼**  **On Pages ▼**

**2** **NAME OF AUTHOR ▼**
a  L'Koral Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
     { Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es) See instructions
☐ 3-Dimensional sculpture     ☐ Map              ☐ Technical drawing
☒ 2-Dimensional artwork       ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Name of Author ▼**
b

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
     { Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**Nature of Authorship** Check appropriate box(es) See instructions
☐ 3-Dimensional sculpture     ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

**3** a **Year in Which Creation of This Work Was Completed** This information must be given in all cases.
2002

b **Date and Nation of First Publication of This Particular Work** Complete this information ONLY if this work has been published.
Month December  Day 31  Year 2002
United States of America

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
L'Koral Inc
5175 Soto Street
Vernon CA 90058

APPLICATION RECEIVED
OCT 26 2004
ONE DEPOSIT RECEIVED
OCT 26 2004
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

|  |  |
|---|---|
| EXAMINED BY  CK | FORM VA |
| CHECKED BY | |
| ☐ CORRESPONDENCE  Yes | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is Yes, why is another registration being sought? (Check appropriate box.) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form.
b ☐ This is the first application submitted by this author as copyright claimant.
c ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is Yes, give Previous Registration Number ▼          Year of Registration ▼

**6** DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

b Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Thomson & Thomson     Account Number ▼ 061794

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
William A Finkelstein, Esq
Alschuler Grossman Stein & Kahan LLP
1620 26th Street, Fourth Floor - North Tower
Santa Monica, CA 90404-4060
Area code and daytime telephone number (310) 255-9114    Fax number (310) 907-2114
Email

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of L'Koral, Inc
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Peter Koral     Date 10/25/04

Handwritten signature (X) ▼
X [signature]

**9** Certificate will be mailed in window envelope to this address
Name ▼ William S Finkelstein, Esq
Alschuler Grossman Stein & Kahan LLP
Number/Street/Apt ▼ 1620 26th Street, Fourth Floor - North Tower
City/State/ZIP ▼ Santa Monica, CA 90404-4060

YOU MUST:
Complete all necessary spaces
Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington DC 20559-6000

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Rev August 2003—30,000 Web Rev June 2002  ♻ Printed on recycled paper        U S Government Printing Office 2003-496-605/60 029