RECEIVED
JAN 2 3 2006

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| SEVEN FOR ALL MANKIND, LLC, a Delaware limited liability corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NETFOUNDATION, LLC d/b/a WWW.URBANWEARDIRECT.COM,<br><br>Defendant. | CASE NO. 8:05-cv-01424-EAK-TGW |

### PERMANENT INJUNCTION AND FINAL JUDGMENT ON CONSENT

This Court having considered the pleadings on file herein, and Defendant having consented to the terms of the permanent injunction set forth below, hereby orders that:

1. Defendant NetFoundation, LLC d/b/a www.urbanweardirect.com, and its owners, officers, directors, members, managers, agents, servants, employees, and all persons acting under its permission or authority, including but not limited to Richard Hauf (collectively, "Defendant"), is permanently enjoined and restrained from:

   (a) manufacturing, distributing, offering for sale or selling any merchandise bearing, containing, or constituting any unauthorized reproduction of any one or more of the registered or common law trademarks owned by Seven For All Mankind, LLC ("7FAM") as set forth on Exhibit 1 (hereinafter the "7 Jeans Marks");

   (b) using the 7 Jeans Marks or any reproduction, counterfeit, copy or colorable imitation of same in any manner likely to cause confusion, mistake or deception as to the source of any article;

(c)    passing off or inducing or enabling others to sell or pass off any apparel or other articles which are not genuine 7FAM products as and for such genuine 7FAM products;

(d)    committing any acts calculated to cause others to believe that Defendant's products are genuine 7FAM products;

(e)    manufacturing, shipping, delivering, distributing, holding for sale, offering for sale, selling or disposing of in any manner apparel or any other products bearing any one or more of the 7 Jeans Marks or any simulation, reproduction, counterfeit, copy or colorable imitation thereof; and

(f)    assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in the above subparagraphs (a) through (e).

2.    This action, including all claims and counterclaims raised therein, is hereby dismissed as to all parties with prejudice and without costs.

//

//

//

//

//

//

//

867575 1

2

3       The Court shall have continuing jurisdiction to enforce the provisions of the Permanent Injunction And Final Judgment On Consent entered herein.

SO ORDERED: _____   Date: January 27th, 2006

United States District Court Judge
ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

CONSENTED TO BY:

NETFOUNDATION, LLC dba
www.urbanweardirect.com                          Date: 1/13/06

By: _____
Name:
Title:

SEVEN FOR ALL MANKIND, LLC                       Date: 1/4/06

By: _____
Name: Barbara Kolsun
Title: Senior Vice President &
       General Counsel

867575 1                                    3

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,890,645

**United States Patent and Trademark Office**   Registered Oct. 5, 2004

## TRADEMARK
### PRINCIPAL REGISTER



L'KORAL, INC. (CALIFORNIA CORPORATION)
5170 SOTO STREET
VERNON, CA 90058

FOR: JEANS, PANTS, SHORTS, JACKETS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-27-2000; IN COMMERCE 9-29-2000.

SER. NO. 75-983,009, FILED 11-1-2001.

GEORGE LORENZO, EXAMINING ATTORNEY

EXHIBIT 1

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 2,890,644
Registered Oct. 5, 2004

## TRADEMARK
### PRINCIPAL REGISTER

### 7 FOR ALL MANKIND

L'KORAL, INC. (CALIFORNIA CORPORATION)
5170 SOTO STREET
VERNON, CA 90058

FOR: JEANS, PANTS, SHORTS, JACKETS, IN CLASS 25 (U.S CLS. 22 AND 39).

FIRST USE 9-27-2000; IN COMMERCE 9-29-2000.

SER. NO. 75-933,008, FILED 10-26-2001.

GEORGE LORENZO, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,787,838

United States Patent and Trademark Office   Registered Dec. 2, 2003

## TRADEMARK
## PRINCIPAL REGISTER



L'KORAL, INC. (CALIFORNIA CORPORATION)
5175 SOTO STREET
VERNON, CA 90058

FOR: CLOTHING, NAMELY, JEANS, PANTS, SHORTS, SKIRTS, JACKETS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-27-2000; IN COMMERCE 9-29-2000.

THE MARK CONSISTS OF A FANCIFUL STITCHED PATTERN.

SER. NO. 75-982,867, FILED 11-1-2001.

MICHAEL BAIRD, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,927,764

United States Patent and Trademark Office   Registered Feb. 22, 2005

TRADEMARK
PRINCIPAL REGISTER



L'KORAL, INC. (CALIFORNIA CORPORATION)
5175 SOTO STREET
VERNON, CA 90058

FOR: CLOTHING, NAMELY, PANTS, SHORTS, JACKETS AND SKIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-0-2002; IN COMMERCE 12-0-2002.

THE STIPPLING SHOWN IN THE DRAWING IS A FEATURE OF THE MARK AND IS NOT INTENDED TO INDICATE COLOR.

SER. NO. 78-238,552, FILED 4-16-2003.

INGA ERVIN, EXAMINING ATTORNEY

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**

REGIST  VA 1-301-726

EFFECTIVE DATE OF REGISTRATION

OCT 26 2004
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1** Title of This Work ▼
Squiggle Design

NATURE OF THIS WORK ▼ See instructions
Artwork applied to clothing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2** NAME OF AUTHOR ▼
a  L'Koral, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     { Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship  Check appropriate box(es) See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

b  Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     { Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

Nature of Authorship  Check appropriate box(es) See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3** a  Year in Which Creation of This Work Was Completed
2000
This information must be given in all cases.

b  Date and Nation of First Publication of This Particular Work
Complete this information  Month September   Day 27   Year 2000
ONLY if this work has been published.
United States of America

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
L'Koral, Inc.
5175 Soto Street
Vernon, CA 90058

APPLICATION RECEIVED
OCT 26 2004
ONE DEPOSIT RECEIVED
OCT 26 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions  • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

|  | FORM VA |
|---|---|
| EXAMINED BY **Vg** | |
| CHECKED BY | |
| ☒ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation
a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**
a
b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼  _Thomson & Thomson_            Account Number ▼  _061717_

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼
William A. Finkelstein, Esq.
Alschuler Grossman Stein & Kahan LLP
1620 26th Street, Fourth Floor - North Tower
Santa Monica, CA 90404-4060
Area code and daytime telephone number  (310) 255-9114        Fax number  (310) 907-2114
Email

**7**
a
b

**CERTIFICATION** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of _L'Koral, Inc._
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
_Peter Koral_                                    Date _10/25/04_

Handwritten signature (X) ▼
X _[signature]_

**8**

Certificate will be mailed in window envelope to this address:

| Name ▼ | William S. Finkelstein, Esq. |
|---|---|
| | Alschuler Grossman Stein & Kahan LLP |
| Number/Street/Apt ▼ | 1620 26th Street, Fourth Floor - North Tower |
| City/State/ZIP ▼ | Santa Monica, CA 90404-4060 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. August 2003—20,000   Web Rev. June 2002   ⊕ Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,029

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Form VA**

VA 1-301-727

EFFECTIVE DATE OF REGISTRATION

OCT 26 2004
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼ A-Pocket Design

NATURE OF THIS WORK ▼ See instructions: Artwork applied to clothing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

NAME OF AUTHOR ▼

a L'Koral, Inc.

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

Author's Nationality or Domicile Name of Country OR { Citizen of ____ Domiciled in ____

Was This Author's Contribution to the Work Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☒ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

NOTE: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b Name of Author ▼

Dates of Birth and Death Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

Author's Nationality or Domicile Name of Country OR { Citizen of ____ Domiciled in ____

Was This Author's Contribution to the Work Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

a Year in Which Creation of This Work Was Completed: 2002. This information must be given in all cases.

b Date and Nation of First Publication of This Particular Work. Complete this information ONLY if this work has been published. Month December Day 31, Year 2002 United States of America Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

L'Koral, Inc.
5175 Soto Street
Vernon, CA 90058

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE — OFFICE USE ONLY

APPLICATION RECEIVED OCT 26 2004
ONE DEPOSIT RECEIVED OCT 26 2004
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 2 pages

| EXAMINED BY VG | FORM VA |
|---|---|
| CHECKED BY | |
| ☒ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**6** a

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼

Thomson r Thomson                         061794

**7** a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
William A. Finkelstein, Esq.
Alschuler Grossman Stein & Kahan LLP
1620 26th Street, Fourth Floor - North Tower
Santa Monica, CA  90404-4060

Area code and daytime telephone number  (310) 255-9114        Fax number  (310) 907-2114

Email

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  L'Koral, Inc.
     Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Peter Koral                                    Date  10/25/04

Handwritten signature (X) ▼
X [signature]

**8**

| Certificate will be mailed in window envelope to this address: | Name ▼ William S. Finkelstein, Esq. Alschuler Grossman Stein & Kahan LLP |
|---|---|
| | Number/Street/Apt ▼ 1620 26th Street, Fourth Floor - North Tower |
| | City/State/ZIP ▼ Santa Monica, CA  90404-4060 |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev August 2003—30,000   Web Rev June 2002   ⓔ Printed on recycled paper                U.S. Government Printing Office: 2000-461-005/60 029

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTR.

**VA 1-285-316**

EFFEC. 10-26-04

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** Title of This Work ▼: Dojo Design
Nature of This Work ▼: Artwork applied to clothing
Previous or Alternative Titles ▼:
Publication as a Contribution ...

**2** Name of Author ▼:
a. L'Koral Inc.
Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No
Author's Nationality or Domicile: Citizen of ____ Domiciled in ____
Was This Author's Contribution to the Work: Anonymous? ☐ Yes ☐ No  Pseudonymous? ☐ Yes ☐ No
Nature of Authorship: ☐ 3-Dimensional sculpture  ☒ 2-Dimensional artwork  ☐ Reproduction of work of art  ☐ Map  ☐ Photograph  ☐ Jewelry design  ☐ Technical drawing  ☐ Text  ☐ Architectural work

b. Name of Author ▼: ____

**3** Year in Which Creation of This Work Was Completed: 2002
Date and Nation of First Publication of This Particular Work: December 31, 2002, United States of America

**4** COPYRIGHT CLAIMANT(S):
L'Koral Inc
5175 Soto Street
Vernon CA 90058

APPLICATION RECEIVED: OCT 26 2004
ONE DEPOSIT RECEIVED: OCT 26 2004
TWO DEPOSITS RECEIVED:
FUNDS RECEIVED:

MORE ON BACK ▶

| EXAMINED BY | CK | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is Yes, why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is Yes, give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

b. Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

**6** a / b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼  Thomson & Thomson     Account Number ▼  061794

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
William A Finkelstein, Esq
Alschuler Grossman Stein & Kahan LLP
1620 26th Street, Fourth Floor - North Tower
Santa Monica, CA  90404-4060
Area code and daytime telephone number  (310) 255-9114     Fax number  (310) 907-2114
Email

**7** a / b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  L'Koral, Inc
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
Peter Koral     Date  10/25/04

Handwritten signature (X) ▼
X

**8**

| Certificate will be mailed in window envelope to this address | Name ▼ William S Finkelstein, Esq<br>Alschuler Grossman Stein & Kahan LLP |
|---|---|
| | Number/Street/Apt ▼<br>1620 26th Street, Fourth Floor - North Tower |
| | City/State/ZIP ▼<br>Santa Monica, CA  90404-4060 |

**9**

17 U.S.C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Rev August 2003-20,000   Web Rev June 2002   © Printed on recycled paper     U.S Government Printing Office 2003-496-605/60,029